19

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

**AUG 2 1 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
**FILED**

**AUG 2 0 1998**

Michael N. Milby
Clerk of Court

BLANCA PINA

*versus*

THE UNITED STATES POSTAL
SERVICE; MARVIN RUNYON, ET AL

§
§
§
§
§
§
§

CIVIL ACTION B 96-89

## Order

On November 4, 1997, an order was entered, staying ruling on the Defendants' Motion to Dismiss for Failure to Prosecute and Failure to State a Claim pending adjudication of the plaintiff's Workman's Compensation Case.

To date there has been no indication of resolution of that matter. Therefore, the Defendants' Motion to Dismiss (instrument # 14) is Denied without prejudice.

The plaintiff is ORDERED to file a status report within thirty days of the signing of this order. The defendants may reurge their motion after that time, if necessary.

Signed on _____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge