20

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

FILED
SEP 0 1 1998
Michael N. Milby
Clerk of Court

Blanca Pina §
§
versus § CIVIL ACTION B 96-89
§
Marvin T. Ranger §

ENTERED
SEP 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge