23

United States District Court
Southern District of Texas
FILED Entered

NOV 2 0 1998

Michael N. Milby
Clerk of Court

By: O. Hinty

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Pina Blanco, et al             §
                               §
versus                         §        CIVIL ACTION B- 96-89
                               §
Marnin H. Runyon               §
                               §

## Order Setting Trial

1. Trial: Estimated time to try: _____ days.   ☐ Bench    ☐ Jury

2. Joint pretrial order is due:                 2-4-99
   *The plaintiff is responsible for filing the pretrial order on time.*

3. A final pretrial conference and docket call is set:   3-4-99
   *The case will remain on standby until tried.*        1:30 p.m.

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed November 20, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

Jury Selection  3-8-99 at 9:00 A.M.