24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**Entered**

JAN 13 1999

Michael N. Milby
Clerk of Court

By: O. Hutty

| | | |
|---|---|---|
| BLANCA PINA | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. B-96-089 |
| | * | |
| THE UNITED STATES POSTAL SERVICE, | * | |
| MARVIN RUNYON, POSTMASTER | * | |
| GENERAL, MARIA MARTINEZ, GILBERT | * | |
| GALVAN, & JAMES SANTANA | * | |
| | * | |
|     Defendants. | * | |

## ORDER SETTING STATUS CONFERENCE

Today, this Court considered the Defendants' motion for status conference in the referenced lawsuit. It appearing that the Defendants' request is justified and warranted in this case.

THEREFORE, IT IS ORDERED that the above captioned matter be set for status conference on  1-22 , 1999, at  10:30  a.m./p.m. before this Court, which is located on the 4th Floor of the United States Federal Courthouse at the corner of Tenth & Elizabeth Streets in Brownsville, Texas.

Signed  January 13 , 1999, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas