29

United States District Court
Southern District of Texas
ENTERED

FEB 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA PINA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL )<br>SERVICE, ET AL., )<br>)<br>)<br>Defendants. )<br>)<br>) | Civil Action No. B-96-89<br>Consolidated with B-96-93 |

## ORDER

UPON CONSIDERATION of Defendants' American Postal Workers Union, AFL-CIO ("APWU"), Moe Biller, Frankie Sanders and Pete Vogel Motion For an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint,

IT IS ORDERED that Defendants' American Postal Workers Union, AFL-CIO ("APWU"), Moe Biller, Frankie Sanders and Pete Vogel Motion For an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED.

None of Defendants American Postal Workers Union, AFL-CIO ("APWU"), Moe Biller, Frankie Sanders and Pete Vogel shall have any obligation to answer or otherwise respond to plaintiff's lawsuit until twenty (20) days from either the date of this order or the date on which plaintiff has served her filed amended consolidated complaint, whichever is later.

Signed for entry on this 12 day of Feb , 1999.

UNITED STATES DISTRICT JUDGE