39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BLANCA PINA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. B-96-89 |
| ) | Consolidated with B-96-93 |
| UNITED STATES POSTAL ) | |
| SERVICE, ET AL., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER GRANTING DEFENDANTS' SUGGESTION OF DEATH

On the _11_ day of _May_, 1999, came on the Court and after considering Defendants American Postal Workers Union, AFL-CIO, Moe Biller, Frankie Sanders and Peter O. Vogel's Suggestion of Death was of the opinion that the same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants American Postal Workers Union, AFL-CIO, Moe Biller, Frankie Sanders and Peter O. Vogel's Suggestion of Death is hereby granted and this Court hereby dismisses Defendant Jonal McKay as a Defendant.

SIGNED AND ENTERED, this the _11_ day of _May_, 1999.

_____
UNITED STATES DISTRICT JUDGE