40

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Blanca Pina, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-96-89 |
| The United States Postal Serv., et al., | § | |
| Defendant(s). | § | |

**Order**

BE IT REMEMBERED that on May 28, 1999, the Court considered Plaintiff BLANCA PINA'S motion to reconsider consolidation of cases (Dkt. No. 31) and motion to extend time to file more definite statement (Dkt. No. 32). After reviewing the motions and entire case file, the Courts ORDERS:

1. Plaintiff's motion for reconsideration of case (Dkt. No. 31) is DENIED.

2. Plaintiff's motion for extension of time to file a more definite statement is premature because the Defendants have not filed a written motion for a more definite statement. Therefore, Plaintiff motion for extension of time is DENIED.

DONE at Brownsville, Texas, this _28_ day of May 1999.

_____
Hilda G. Tagle
United States District Judge