41

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
*ENTERED*
*JUN 23 ...*
*Michael N. Milby, Clerk*

Pina

versus                                                        § 
                                                              §
United States Postal, et al                                   §   CIVIL ACTION B-96-89
                                                              §
                                                              §

*United States District Court*
*Southern District of Texas*
*FILED*
*JUN 17 1999*
*Michael N. Milby*
*Clerk of Court*

## Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   __09-16__, 1999

   at __9:00__ __A__.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __June 17th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.