43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BLANCA PINA, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-089 |
| | § | |
| UNITED STATES POSTAL SERVICE, ET AL, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER

BE IT REMEMBERED that on September 16, 1999, the Court considered Defendant AMERICAN POSTAL WORKERS UNION, AFL-CIO's motion to dismiss (Dkt. No. 33).

1. Defendant AMERICAN POSTAL WORKERS UNION, AFL-CIO's motion to dismiss (Dkt. No. 33) is GRANTED.

2. The AGREED ORAL motion to dismiss individual defendants MOE BILLER, FRANKIE LEE SANDERS, AND PETER D. VOGEL is GRANTED.

DONE at Brownsville, Texas, this 16 day of September 1999.

_____
Hilda G. Tagle
United States District Judge