44

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
RECEIVED FILED

SEP 16 1999

Michael N. Milby, Clerk of Court

BLANCA PINA §
§
*versus* §  CIVIL ACTION  B-96-089
§
UNITED STATES POSTAL SERVICE, ETC §
§

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by:     __November 1, 1999__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __March 15, 2000__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __May 1, 2000__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:     __May 7, 2000__

*********************************************************************

7. Joint pretrial order is due:     __06-21-2000__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __07-06-2000__

   *The case will remain on standby until tried.*

9. Jury Selection:     __07-10-2000__

Signed __September 16__, 1999__, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge