45

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

SEP 24 1999

Michael N. Milby
Clerk of Court

Pinew

versus

United States Postal

§
§
§
§
§
§

CIVIL ACTION B-96-89

## Order Resetting Trial And Jury Selection

The docket call and final pretrial conference set 07-06-2000 has been reset to: 06-29-2000 at 1:30 p.m. Jury Selection has been reset to 07-03-2000 at 9:00 a.m.

Signed September 24, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge