54

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

**United States District Court**
**Southern District of Texas**
**ENTERED**

**MAY 0 9 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PINA | § § § | |
| versus | § § | CIVIL ACTION: B-96-89 |
| UNITED STATES POSTAL SERVICE, ET AL | § § § | |

## Order Re-Setting Jury Selection

Jury selection has been re-set for: __July 5, 2000__ at __9:00 A__.m.

Docket call remains set for: __June 29, 2000__ at __1:30 p__.m.

Signed on __May 9__ ,2000, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge

o.
updateddl.