

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Blanca Pina, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-96-89 |
| The United States Postal Serv., et al., | § § § | |
| Defendants. | § | |

### Order

BE IT REMEMBERED that on May 9, 2000, the Court DENIED Plaintiff's unopposed motion for extension of scheduling order deadlines and continuance of trial (Dkt. No. 50). Considering the amount of time given the parties to prepare for trial, the heavy case load of this Court, and the scheduling challenges associated with that heavy case load, the Court will not extend either the final pretrial conference or jury selection settings.

However, the Court will modify the deadlines. The scheduling order is terminated, and the following deadlines are now effective.

1. Discovery must be completed by June 2, 2000.
2. Motions must be filed by June 9, 2000.
3. Responses to motions are due within twenty days of the motion being filed.
4. Final pretrial conference remains set for June 29, 2000.
5. Jury selection is set for July 5, 2000.

DONE at Brownsville, Texas, this 11th day of May 2000.

Hilda G. Tagle
United States District Judge