57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PINA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-89 |
| | § | |
| UNITED STATES POSTAL | § | |
| SERVICE, ET AL., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 5, 2000, the Court considered Plaintiff's motion for extension of time (Dkt. No. 56).

To support her motion, Plaintiff informs the Court that her counsel was "called to jury trial on Monday, May 22, 2000 in **Civil Action No. C-99-47** [sic]." Having reviewed the docket entries for that case, the Court has determined that the trial in C-99-47 ended May 24, 2000, leaving Plaintiff's counsel six days to complete and file a response to Defendant's motion for partial summary judgment.

Under similar circumstances, the Court generally does not grant extensions of time. Because of the nature of this case and the potential for narrowing the issues to be tried, Plaintiff's motion for extension (Dkt. No. 56) is GRANTED. However, Plaintiff is ORDERED to file her response no later than 5:00 p.m., June 8, 2000. Further extensions will not be granted.

DONE at Brownsville, Texas, this ___5___ day of June 2000.

_____
Hilda G. Tagle
United States District Judge