63

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

BLANCA PINA §
§
§
versus § CIVIL ACTION: B-96-89
§
§
UNITED STATES POSTAL SERVICE, §
ET AL

# Order Re-Setting Jury Selection

Jury selection has been re-set for: __July 6, 2000__ at __9:00A__.m.

Docket call remains set for: __June 29, 2000__ at __1:30p__.m.

Signed on __June 12__, 2000, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge