73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-89 |
| | § | |
| UNITED STATES POSTAL | § | |
| SERVICE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 29, 2000, the Court GRANTED Defendants' motion to strike jury demand (Dkt. No. 59).

The Court finds the analysis in *Information Resources, Inc. v. United States*, 996 F.2d 780, 783-83 (5th Cir. 1993), controlling on this issue. In that case the Fifth Circuit held that a taxpayer suing the United States was not entitled to a jury trial because the statute under which he brought suit did not "affirmatively and unambiguously" grant the right to trial by jury. After searching both the text and legislative history of the Family and Medical Leave Act, the Court concludes that Congress has not "affirmatively and unambiguously" granted a right to jury trial to plaintiffs bringing suit against the United States.

Thus, a jury will not be selected on July 6, 2000. The Case Manager will set a date for commencement of a bench trial.

DONE at Brownsville, Texas, this 30 day of June 2000.

Hilda G. Tagle
United States District Judge