76

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BLANCA PINA § | |
| § | |
| versus § | CIVIL ACTION B: 96-89 |
| § | |
| UNITED STATES POSTAL SERVICE, et al § | |

## ORDER SETTING BENCH TRIAL

1. Bench Trial is set for 9:00 a.m. on:     7-18-00
   *The case will remain on standby until tried.*

2. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed _July 5_____, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge