IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BLANCA PINA, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-96-89 |
| UNITED STATES POSTAL SERVICE, ET AL., | § § § § | |
| Defendants. | § | |

## JUDGMENT

The Court having granted a motion for summary judgment by Defendants, it is ORDERED that Plaintiff take nothing from Defendant and all claims against Defendant are DISMISSED with prejudice.

DONE at Brownsville, Texas, this ___17___ day of July 2000.

Hilda G. Tagle
United States District Judge